COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
ELIAS GARCIA (352669)
(elias.garcia@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Attorneys for Defendant
THE TOPPS COMPANY, INC.

BURSOR & FISHER, P.A.
SARAH N. WESTCOT (264916)
(swestcot@bursor.com)
701 Brickell Ave, Suite 2100
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006

Attorneys for Plaintiff
DANIEL LANZARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL LANZARIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE TOPPS COMPANY, INC.,

Defendant.

Case No. 3:26-cv-00063-RS

**STIPULATION AND [~~PROPOSED~~] ORDER TO POSTPONE INITIAL CMC AND CASE MANAGEMENT STATEMENT**

Dept: 3 – 17th Floor
Judge: Hon. Richard Seeborg
Trial Date: TBD
Date Action Filed: January 5, 2026

Pursuant to Civil Local Rule 6-2, Plaintiff Daniel Lanzarin ("Plaintiff") and Defendant The Topps Company, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, under Civil Local Rule 6-2(a), the Parties may file a stipulated request for an order changing time that would affect the date of an event already fixed by Court order;

WHEREAS, the Court has set April 9, 2026 as the deadline for the parties to file a case management statement, ECF No. 9;

WHEREAS, the Court has scheduled an initial case management conference ("CMC") for April 16, 2026, ECF No. 9;

WHEREAS, the Court has granted the Parties' stipulation to stay Defendant's deadline to respond to the Complaint pending the resolution of Defendant's forthcoming motion to compel arbitration and set a briefing schedule on Defendant's motion to compel arbitration, ECF No. 16;

WHEREAS, Defendant's motion to compel arbitration is due by April 16, 2026, Plaintiff's opposition is due by May 14, 2026, Defendant's reply brief is due by May 28, 2026, and the hearing date for the motion is June 4, 2026, ECF No. 16;

WHEREAS, the Parties have further met and conferred, and agree that it would serve judicial economy and the interests of the Parties to postpone the initial CMC along with the deadline to file a case management statement until after the Court resolves Defendant's motion to compel arbitration;

WHEREAS, the Parties have previously stipulated to extensions of Defendant's deadline to respond to the Complaint (ECF Nos. 12, 14, 15) and the Court granted the Parties' request to modify the briefing schedule on Defendant's motion to compel arbitration (ECF No. 16);

WHEREAS, the postponement of the initial CMC and the deadline to file the case management statement would not affect the case schedule as none has been entered;

NOW THEREFORE, the Parties hereby stipulate and agree to request that the Court postpone the initial CMC and deadline to file the case management statement until after the Court resolves Defendant's motion to compel arbitration.

**IT IS SO STIPULATED.**

Dated: March 30, 2026

COOLEY LLP

By: */s/ Matthew D. Brown*
Matthew D. Brown

Attorneys for Defendant
THE TOPPS COMPANY, INC.

Dated: March 30, 2026

BURSOR & FISHER P.A.

By: */s/ Sarah N. Westcot*
Sarah N. Westcot

Attorneys for Plaintiff
DANIEL LANZARIN

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2026

Hon. Richard Seeborg
Chief United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from the other signatory.

Executed on March 30, 2026, in San Francisco, California.

*/s/ Matthew D. Brown*

Matthew D. Brown