COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
ELIAS GARCIA (352669)
(elias.garcia@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Attorneys for Defendant
THE TOPPS COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL LANZARIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE TOPPS COMPANY, INC.,

Defendant.

Case No. 3:26-cv-00063-RS

**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF DEFENDANT THE TOPPS COMPANY, INC.'S MOTION TO COMPEL ARBITRATION & STAY THE CASE**

I, Matthew D. Brown, hereby declare as follows:

1. I am lead counsel for Defendant The Topps Company, Inc. ("Defendant") in the above-captioned case and am a partner with the law firm Cooley LLP. I have personal knowledge of the facts set forth below. I submit this declaration in support of Topps' Motion to Compel Arbitration and Stay the Case.

2. On March 17, 2026, I conferred with counsel for Plaintiff Daniel Lanzarin ("Plaintiff") via videoconference to discuss whether Plaintiff would agree to arbitrate his claims in this case without the need for Topps to file a motion to compel arbitration. During the conferral, I explained that the Topps Terms of Use ("Topps Terms") contain a robust arbitration agreement, which requires arbitration of disputes with Topps on an individual basis. I explained that the login flow on the Topps website requires a user to agree to the Topps Terms when logging into their account and showed screenshots of the desktop login flow. I also explained that Topps' records showed that Lanzarin logged into his account on the Topps website. Counsel agreed to consider the information I shared and to provide Plaintiff's position on whether he would agree to arbitration.

3. On March 20, 2026, Plaintiff's counsel informed me by email that Plaintiff intended to oppose any motion to compel arbitration.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on April 16, 2026 in San Francisco, California.

By: */s/ Matthew D. Brown*
Matthew D. Brown