**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LANZARIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TOPPS COMPANY, INC.,<br><br>Defendant. | Case No. 3:26-cv-00063-RS<br><br>**DECLARATION OF AARON CRAIG IN SUPPORT OF DEFENDANT THE TOPPS COMPANY, INC.'S MOTION TO COMPEL ARBITRATION & STAY THE CASE** |

I, Aaron Craig, hereby declare as follows:

1. I am the Director of Engineering for Topps.com. I have personal knowledge of the facts set forth below. I submit this declaration in support of the Motion to Compel Arbitration and Stay the Case ("Motion") filed by Defendant The Topps Company, Inc. ("Topps").

2. Topps is a preeminent manufacturer of sports and entertainment trading cards and collectibles, custom cards, memorabilia, sticker album collections and more related to iconic and pop culture brands. Topps is headquartered in New York, New York.

3. Topps is the provider of the Topps website: www.topps.com. A user may access the Topps website via a desktop browser or a mobile web browser.

## I. MR. LANZARIN'S TOPPS ACCOUNT AND LOGIN ACTIVITY

4. I am aware that Plaintiff Daniel Lanzarin in the above-captioned case alleges that he used the Topps website on or around October 29, 2025 to purchase the 2025 Topps Now World Series Shohei Ohtani trading card.

5. A query of Topps' internal records shows that Mr. Lanzarin has made multiple purchases from Topps, as shown in Figure 1 below (a screenshot taken on or around February 18, 2026):

| Name | Kind | Gateway | Created At | Status | Amount |
|---|---|---|---|---|---|
| US-12546786-S | capture | shopify_payments | 2025-12-09 | success | 142.82 |
| US-12241537-S | capture | shopify_payments | 2025-10-29 | success | 16.17 |
| US-012817220 | sale | manual (Assumed) | 2022-08-04 | success | 21.98 |

***Figure* 1: Lanzarin Purchase History**

6. As reflected in Figure 1, Mr. Lanzarin's first purchase from Topps was in or around August 4, 2022 To make this purchase, Mr. Lanzarin would have registered for a Topps account on or before that date.

7. A query of Topps' internal records shows that Mr. Lanzarin repeatedly logged into his account on the Topps website after the purchase he made on October 29, 2025, as shown below

in Figure 2 (a screenshot taken on or around February 18, 2026):

| | |
|---|---|
| 2025-12-23 21:19:55.126 | Topps Website |
| 2025-12-23 21:19:19.057 | Topps Website |
| 2025-12-04 04:25:22.126 | Topps Website |
| 2025-11-19 00:13:28.874 | Fanatics Collect Web |
| 2025-11-13 21:38:42.793 | Fanatics Live Viewers Web |
| 2025-11-07 17:38:47.654 | Topps Website |
| 2025-11-07 17:37:29.827 | Topps Website |
| 2025-10-31 18:09:36.909 | Topps Website |

***Figure* 2: Lanzarin account login activity**

8. As shown in Figure 2, Mr. Lanzarin logged into his account on the Topps website six times between October 31, 2025 and December 23, 2025.

9. Topps' internal records show that Mr. Lanzarin logged into his account once on October 31, 2025, using a desktop web browser. Mr. Lanzarin logged into his account twice on November 7, 2025 using mobile web browsers, respectively. Mr. Lanzarin logged into his account once on December 4, 2025 and twice on December 23, 2025 using a desktop web browser for each such login.

## II. THE TOPPS LOGIN FLOWS

10. During the time period that Lanzarin logged into his account on the Topps website, the login flow for the Topps website would have been the same and would have appeared as shown in the screenshots below.

### A. Topps Website Login Flow (Desktop)

11. To log into the Topps website via a desktop web browser, a user must navigate to the website and click "Sign In," as shown in Figure 3 below.




***Figure* 3: Topps homepage screen (desktop)**

12. After clicking "Sign In," the user goes to the "Enter your email address" webpage, as shown in Figure 4 below:




***Figure* 4: Topps "Enter your email address" screen (desktop)**

13. After the user enters an email address, the gray "Continue" button turns black and text inside the button remains gray. The user may click the button to go to the next webpage. The next webpage is the "Enter your password" page, as shown in Figure 5 below:




***Figure* 5: Topps "Enter your password" screen (desktop)**

14. Clicking on "Terms" opens a new tab in the web browser showing the Topps Terms of Use (the "Topps Terms" or "Terms"). After entering a password, the gray "Log In" button turns black and the text inside the button remains gray. The user may click the "Log In" button to continue logging into his account.

**B. Topps Website Login Flow (Mobile Browser)**

15. To log into the Topps website via a mobile web browser, a user must navigate to the website and tap the icon that looks like a head and shoulders, as shown in Figure 6 below:




***Figure* 6: Topps homepage screen (mobile browser)**

16. After tapping the human figure icon on the homepage screen, the user is directed to the "Enter your email address" webpage, as shown in Figure 7 below:




***Figure* 7: Topps "Enter your email address" screen (mobile browser)**

17. After entering an email address, the gray "Continue" button turns black and the text

inside the button remains gray. The user may tap the button to go to the next webpage.

18. The next webpage is the "Enter your password" page, as shown in Figure 8 below:




***Figure* 8: Topps "Enter your password" screen (mobile browser)**

19. Tapping on "Terms" opens a new tab in the mobile web browser showing the Topps Terms. After entering a password, the gray "Log In" button turns black and the text inside the button remains gray. The user may tap the "Log In" button to continue logging into his account.

20. If the user does not want to agree to the Topps Terms, the user is free to reject them, abandon the login flow, and not log into their account.

21. For ease of reference, true and correct copies of screenshots of the login flow for the Topps website on a desktop browser, taken on April 13, 2026, are attached as **Exhibit 1**. True and correct copies of screenshots of the login flow for the Topps website on a mobile browser, taken on April 13, 2026, are attached as **Exhibit 2**.

## III. THE TOPPS TERMS AND ARBITRATION AGREEMENT

22. A true and correct copy of the current Topps Terms, which were last updated on September 5, 2025, are attached as **Exhibit 3**. At all relevant times, the Topps Terms have been

accessible at: https://www.topps.com/pages/terms-of-use.

23. The Topps Terms in Exhibit 3 contain a mandatory arbitration provision, which requires that any past, pending, or future claim or controversy between the user and Topps arising out of or relating to any purchase or transaction by the user, the user's access to or use of the Topps website, or the Arbitration Agreement or the Topps Terms be resolved by final and binding arbitration on an individual basis (the "Arbitration Agreement"). Ex. 3 at 1-2; *id.* at 23.

24. The Arbitration Agreement notifies users that they may opt out of the agreement to arbitrate by sending written notice within 30 days of entering the Agreement to opt-out-arb@collectfanactics.com. The written notice must include the user's full name, mailing address and email associated with the user's account, and an unequivocal statement that the user wishes to opt out of the Arbitration Agreement.

25. Topps maintains records of all opt-out requests it receives at opt-out-arb@collectfanactics.com.

26. Querying Topps' records returned no records for Mr. Lanzarin, indicating that he did not opt out of the Arbitration Agreement.

* * *

I declare that the foregoing is true and correct under penalty of perjury.

Executed on April 16, 2026 in Los Angeles, California.

By: Aaron Craig

Aaron Craig
Director of Engineering, Topps.com