# Exhibit 1


Topps Official | Collectible Trad
topps.com
Incognito
FANCASH IS HERE! EARN 2% ON EVERY ELIGIBLE PURCHASE ON TOPPS.COM. LEARN MORE
Fanatics Collect
Fanatics Live
USA
Topps
All Products
Explore
Help
Search
Sign In
NFL
NBA
MLB
NHL
BOWMAN U
MLS
FORMULA 1
UFC
STAR WARS
Topps Chrome
ROOKIE
NFL
17
BARKLEY


Fanatics ONE
id.fanatics.com/oauth2/auth?response_type=code&client_id=ficiuTEUXmCcT7J0dV7QVZBDUGysUKB5fESEoQIDiQvg83cM&redirec...
Incognito (2)
Fanatics ONE
Enter your email address
Enter your Fanatics ONE email to continue. This should be the same email you use to sign in across Fanatics experiences. If you don't have an account, we'll prompt you to create one.
Email
Continue
Fanatics ONE is how millions of fans access Fanatics apps & sites, earn loyalty rewards, and unlock exclusive products and experiences.
Terms | Privacy Policy | Financial Incentive Notice


Fanatics ONE
id.fanatics.com/oauth2/auth?response_type=code&client_id=ficiuTEUXmCcT7J0dV7QVZBDUGysUKB5fESEoQIDiQvg83cM&redirec...
Incognito (2)
Fanatics ONE
Enter your password
topps_test@outlook.com
Not you?
Password
Reset password
Log In
By continuing, you agree to the Topps Terms and Privacy Policy.
Fanatics ONE is how millions of fans access Fanatics apps & sites, earn loyalty rewards, and unlock exclusive products and experiences.
Terms | Privacy Policy | Financial Incentive Notice